JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENAYAT KHUWAJA,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>C.H. ROBINSON WORLDWIDE,<br>INC., et al.,<br>　　　Defendants. | CV 23-2515 DSF (RAOx)<br><br>JUDGMENT |

　　The Court having issued an order to show cause re dismissal for lack of prosecution and Plaintiff having failed to respond within the time allowed by the Court,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date: August 29, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　United States District Judge